WADE'S DAIRY, INC., ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF FAIRFIELD
(Nos. 108821, 110023)

The plaintiffs' petitions for certification for appeal from the Court of Common Pleas in Fairfield County are denied by the court.

*Donal C. Collimore,* in support of the petitions.

*Aaron B. Schless,* assistant town attorney, in opposition.

Submitted April 26—decided May 15, 1978

HERLOV AUGUSTINSEN *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF SOUTH WINDSOR

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied by the court.

*Steven D. Bartelstone,* in support of the petition.

*Richard M. Rittenband,* in opposition.

Submitted April 26—decided May 15, 1978

CITY OF HARTFORD *v.* STANLEY V. TUCKER ET AL.

The named defendant's "Application for Stay to File Petition for Certiorari" is denied by the court.